

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Harold King a/k/a Harold Keene, | § | No. 08-16-00184-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 4 |
| Margo George. | § | of Travis County, Texas |
| | § | (TC# C-1-CV-16-005327) |
| Appellee. | § | |

**O R D E R**

The Court GRANTS the Appellant's Pro Se third motion for extension of time within which to file the brief until **January 28, 2017**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Mr. Harold King a/k/a Harold Keene, the Appellant, prepare the Appellant's Pro Se brief and forward the same to this Court on or before January 28, 2017.

IT IS SO ORDERED this 29th day of December, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.